SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Christine Urman,<br><br>    Defendant | Case No. **2:11-cv-03459-WBS-DAD**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL APRIL 13, 2012 FOR DEFENDANT CHRISTINE URMAN TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Christine Urman, by and through their respective attorneys of record, Scott N. Johnson; Craig D. McMahon, stipulate as follows:

1. No extension of time has been previously obtained.

2. Defendant Christine Urman is granted an extension until April 13, 2012 to respond or

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

otherwise plead reference to Plaintiff's complaint.

3. Defendant Christine Urman response will be due no later than April 13, 2012.

IT IS SO STIPULATED effective as of March 27, 2012

Dated:  March 27, 2012                /s/Craig D. McMahon
                                      Craig D. McMahon,
                                      Attorney for Defendant
                                      Christine Urman

Dated:  March 27, 2012                /s/Scott N. Johnson
                                      Scott N. Johnson,
                                      Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Christine Urman shall have until April 13, 2012 to respond to complaint.

Dated: March 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE